JAY RORTY [SBN: 135097]
Law Offices of Jay Rorty
835 Cedar Street
Santa Cruz, CA 95060
jay@rortylaw.com
Tel: 831-316-0722

Attorney for Defendant MAYRA MARTINEZ

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>MAYRA MARTINEZ,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. CR 12-0670-LHK

MOTION TO EXCUSE DEFENDANT'S PERSONAL APPEARANCE

.

TO:    TO THE CLERK OF THE ABOVE-ENTITLED COURT, UNITED STATES OF AMERICA, PLAINTIFF, TOM COLTHURST, ASSISTANT UNITED STATES ATTORNEY

       PLEASE TAKE NOTICE that Defendant Mayra Martinez hereby moves the court for an Order waiving Ms. Martinez personal appearance on August 27, 2014, the next scheduled court date in this matter. The basis for this Motion is this Notice and the Attached Declaration of Counsel.

Dated:                               Respectfully submitted,

_____\S_____

Jay Rorty
Counsel for Defendant Mayra Martinez

1

## [~~PROPOSED~~] ORDER

Pursuant to agreement of the parties, the Court HEREBY ORDERS that defendant Mayra Martinez' personal appearance is waived for the hearing scheduled for August 27, 2014 at 9:00 a.m. All other condition of release remain in effect and Ms. Martinez is ordered to personally appear for all other scheduled appearances. Defense Counsel Jay Rorty is directed to communicate the date of the appearance following August 27, 2014 to Ms. Martinez and to direct her to appear at that time.

IT IS SO ORDERED.

DATED:     8/22/14

_Lucy H. Koh_
_____
THE HONORABLE LUCY H. KOH
United States District Judge